IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Krueger, Brian Kevin | Case Number: 04 B 29492 |
|---|---|---|
| | Krueger, Carrie Ann | Judge: Wedoff, Eugene R |
| | Printed: 11/20/07 | Filed: 8/9/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 2, 2007
Confirmed: September 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 65,467.44 |  |
| Secured: |  | 22,328.76 |
| Unsecured: |  | 33,902.51 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 3,168.73 |
| Other Funds: |  | 3,367.44 |
| Totals: | 65,467.44 | 65,467.44 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 21,788.06 | 21,788.06 |
| 4. | Chase Home Finance | Secured | 540.70 | 540.70 |
| 5. | Wells Fargo Financial | Unsecured | 321.45 | 541.37 |
| 6. | Capital One Auto Finance | Unsecured | 233.11 | 392.61 |
| 7. | Discover Financial Services | Unsecured | 2,136.16 | 3,597.72 |
| 8. | Discover Financial Services | Unsecured | 2,342.35 | 3,945.00 |
| 9. | American Express | Unsecured | 4,815.01 | 8,109.47 |
| 10. | ECast Settlement Corp | Unsecured | 1,583.68 | 2,667.24 |
| 11. | ECast Settlement Corp | Unsecured | 4,931.76 | 8,306.13 |
| 12. | ECast Settlement Corp | Unsecured | 357.40 | 601.94 |
| 13. | US Bank | Unsecured | 3,408.74 | 5,741.03 |
| 14. | CitiMortgage Inc | Secured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Wells Fargo | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 45,158.42 | $ 58,931.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 688.78 |
| 4% | 149.53 |
| 3% | 130.82 |
| 5.5% | 651.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Krueger, Brian Kevin | Case Number:  04 B 29492 |
| Krueger, Carrie Ann | Judge:  Wedoff, Eugene R |
| Printed:  11/20/07 | Filed:  8/9/04 |

```
            5%              218.04
           4.8%           1,108.73
           5.4%             221.82
                         _____
                       $ 3,168.73
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_